THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Chico Jermaine Bell, Appellant.
 
 
 

Appeal from Richland County
 Judge Carmen T. Mullen, Circuit Court
Judge

Unpublished Opinion No. 2009-UP-027
 Submitted January 2, 2009  Filed January
13, 2009   

AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Michelle J. Parsons, and Solicitor Warren Blair Giese, all of
 Columbia, for Respondent.
 
 
 

PER CURIAM:  Chico Jermaine
 Bell appeals his conviction for armed robbery, arguing the trial court erred in requiring Bell to display his
 tattoo to the jury. We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the
 following authorities: State v. Day, 341 S.C. 410, 422, 535 S.E.2d 431, 437 (2000). (Evidence
 concerning a defendants tattoo or nickname is not prejudicial when used to
 prove something at issue in a trial, such as the identification of the
 defendant.); State v. Moore, 308 S.C. 349, 351, 417 S.E.2d 869, 870
 (1992) (Constitutional safeguards are invaded only when the defendant is
 required to give testimonial evidence against himself.  They do not extend to
 the refusal by a defendant to reveal those physical traits that may be made by
 ordinary observation.); State v. Pinkard, 365 S.C. 541, 543, 617 S.E.2d
 397, 398 (Ct. App. 2005) (providing the display of a tattoo is non-testimonial
 evidence).    
AFFIRMED. 
HUFF,
 THOMAS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.